UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| L.L. NELSON ENTERPRISES, INC., d/b/a LANDLORDS MOVING SERVICE, et al., | ) ) ) ) |
| Plaintiffs, | ) ) |
| vs. | ) ) Case No. 4:08CV762 HEA ) |
| THE COUNTY OF ST. LOUIS, MISSOURI, et al., | ) ) ) |
| Defendants. | ) |

## OPINION, MEMORANDUM AND ORDER

This matter is before the Court on Plaintiff's Motion for the Direction of Entry of Final Judgment with Respect to All Claims Decided in June 21, 2010 Order of Dismissal, [Doc. No. 106]. The motion is granted.

On June 21, 2010, the court entered its Opinion, Memorandum and Order dismissing the claims of Plaintiffs against Defendants St. Louis County, Gene Overall, James D. Buckles, Paul Fox, Laurie Main, Richard Robinson, James Siebels, and Independent Eviction Agency, LLC. Plaintiffs' claims against Defendants Marcus Lipe and Curley Hines remain pending. Defendant Lipe has appeared through counsel in this matter. Defendant Hines is in default, however, as Plaintiffs point out, it may be futile for Plaintiffs to seek a default judgment against him based on the Court's findings and conclusions articulated in the June 21, 2010 Opinion, Memorandum and Order.

Likewise, a motion for entry of default as to Defendant Lipe may be similarly futile. The Court finds therefore, there is no just reason for delay in entry of a final judgment as to the moving defendants.

Accordingly,

**IT IS HEREBY ORDERED** that Defendants' Motion for the Direction of Entry of Final Judgment with Respect to All Claims Decided in June 21, 2010 Order of Dismissal, [Doc. No. 106], is granted.

**IT IS FURTHER ORDERED** that pursuant to Rule 54(b) of the Federal Rules of Civil Procedure, judgment as to the claims against Defendants St. Louis County, Gene Overall, James D. Buckles, Paul Fox, Laurie Main, Richard Robinson, James Siebels, and Independent Eviction Agency, LLC. will be entered this same date.

Dated this 2nd day of November, 2010.

_____
    HENRY EDWARD AUTREY
UNITED STATES DISTRICT JUDGE