UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

L.L. NELSON ENTERPRISES, INC., d/b/a )
LANDLORDS MOVING SERVICE, et al., )
)
      Plaintiffs, )
)
vs. ) Case No. 4:08CV762 HEA
)
THE COUNTY OF ST. LOUIS, )
MISSOURI, et al., )
)
      Defendants. )

## JUDGMENT

Pursuant to the Opinion, Memorandum and Order entered this same date,

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that Judgment is entered in favor of Defendants St. Louis County, Gene Overall, James D. Buckles, Paul Fox, Laurie Main, Richard Robinson, James Siebels, and Independent Eviction Agency, LLC. and against Plaintiffs.

Dated this 2nd day of November, 2010.

_____
HENRY EDWARD AUTREY
UNITED STATES DISTRICT JUDGE